UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | * * * | CIVIL ACTION |
| | * | NO. 06-6316 |
| VERSUS | * * | SECTION L "4" |
| TRANSOCEAN OFFSHORE USA INC., TRANSOCEAN INC. AND THE MODU TRANSOCEAN MARIANAS | * * * * | JUDGE FALLON MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TRANSCONTINENTAL GAS PIPE LINE CORPORATION'S FIRST AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Transcontinental Gas Pipe Line Corporation ("Transcontinental"), which asserts this First Amended Complaint for Damages.

I.

Transcontinental reasserts and re-alleges all previously filed allegations and assertions filed by it, as if copied by it herein in extenso, except as amended hereinafter.

II.

Named as defendants in place of Transocean Offshore USA Inc. and Transocean Inc. are Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater Drilling, Inc., which, upon information and belief, are Texas corporations with their principal place of business located

1342083_1.DOC

1

at 4 Greenway Plaza, Houston, Texas, 77046, and which at all times pertinent to this litigation were doing business within the jurisdiction of this Court.

III.

All claims, assertions, allegations and requests for relief asserted by Transcontinental in its Complaint for Damages against the originally named defendants are hereby amended to reflect that all of those claims are now asserted against Transocean Deepwater Drilling, Inc. and Transocean Offshore Deepwater Drilling, Inc., which entities are hereby substituted in place of Transocean Offshore USA Inc. and Transocean Inc.

WHEREFORE, Plaintiff, Transcontinental Gas Pipe Line Corporation, reiterating and reaverring each and every allegation of their original complaint, as though copied at length herein, pray that their original complaint be supplemented and amended in the above particulars and that, after all legal delays and due proceedings had, there be judgment herein in favor of Transcontinental Gas Pipe Line Corporation and against Defendants, the MODU TRANSOCEAN MARIANAS, Transocean Deepwater Drilling, Inc. and Transocean Offshore Deepwater Drilling, Inc., and that after all due proceedings be had, and all legal delays run, that there be judgment in favor of Plaintiff for all damages reasonable in the premises, all costs of court and legal interest on all amounts due from date of judicial demand until paid and for all general and equitable relief.

Respectfully submitted,

KEAN, MILLER, HAWTHORNE,
D'ARMOND, MCCOWAN & JARMAN, L.L.P.

s/ Michael McGlone
--------
MICHAEL A. McGLONE, T.A. (LA #9318)
KAREN WATERS SHIPMAN (LA #27320)
BRETT P. FENASCI (LA #29858)
909 Poydras Street, Suite 1450
New Orleans, LA 70112
Telephone: (504) 585-3050
Fax: (504) 585-3051
*Attorneys for Plaintiff, Transcontinental Gas Pipe Line Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day July, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Delos E. Flint, Jr., Lawrence DeMarcay, III, and Mark R. Pickering.

s/ Michael McGlone
--------
MICHAEL A. McGLONE
KEAN, MILLER, HAWTHORNE,
D'ARMOND, MCCOWAN & JARMAN, L.L.P.
909 Poydras Street, Suite 1450
New Orleans, LA 70112
Telephone: (504) 585-3050
Fax: (504) 585-3051
*Attorneys for Plaintiff, Transcontinental Gas Pipe Line Corporation*

3

1342083_1.DOC